UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:12-cv-1603-RLY-DML |
| | ) |
| INDIANA SECRETARY OF STATE, in her official capacity et al., | ) |
| | ) |
| Defendants. | ) |

**ENTRY DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT**

Defendant, Indiana Secretary of State's Motion to Dismiss (Docket # 10), is **DENIED AS MOOT** due to the filing of the Amended Complaint on January 3, 2013 (Docket # 12).

Dated: 01/11/2013

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.