UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INDIANA SECRETARY OF STATE, in her ) <br> official capacity; THE INDIVIDUAL ) <br> MEMBERS of the INDIANA ELECTION ) <br> COMMISSION, in their official capacities; ) <br> GOVERNOR of the STATE OF INDIANA, ) <br> in his official capacity, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 1:12-cv-1603-RLY-DML <br><br> PETITION FOR INTERLOCUTORY <br> APPEAL, MOTION TO AMEND <br> ORDER, AND MOTION TO STAY <br> PROCEEDINGS PENDING APPEAL |

**STATE DEFENDANTS' PETITION FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AND MOTIONS TO AMEND ORDER AND STAY PROCEEDINGS PENDING APPEAL**

State Defendants, in their official capacities, by counsel, Deputy Attorneys General Dino L. Pollock and Kenneth L. Joel, respectfully submit their Petition for Certification of Interlocutory Appeal under 28 U.S.C. § 1292(b) and Motions to Amend Order and Stay Proceedings Pending Appeal.

1. Pursuant to 28 U.S.C. § 1292(b), State Defendants petition this Court to certify an interlocutory appeal to the Seventh Circuit Court of Appeals from its September 6. 2013, entry denying State Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

2. Should the Court grant permission to seek interlocutory appeal, State Defendants also move this Court to amend its September 6, 2013, Order to include statutory findings pursuant to Federal Rule of Appellate Procedure 5(a)(3).

3. Should the Court grant permission to seek interlocutory appeal, State Defendants also move this Court to stay all proceedings in the this Court until the Seventh Circuit disposes of the appeal.

Respectfully submitted,

GREGORY F. ZOELLER
Attorney General of Indiana
Atty. No. 1958-98

Date:  September 16, 2013          By:    /s/ Dino L. Pollock
Dino L. Pollock, Atty. No. 28009-64
Kenneth L. Joel, Atty. No. 30271-49
Deputy Attorneys General
Office of the Indiana Attorney General
Indiana Government Center South – 5th Fl.
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 232-6291
Fax:    (317) 232-7979
Email: Dino.Pollock@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2013, a copy of the foregoing *State Defendants' Petition for Certification for Interlocutory Appeal* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Gavin M. Rose
ACLU OF INDIANA
grose@aclu-in.org

                                                /s/ Dino L. Pollock
                                                Dino L. Pollock
                                                Deputy Attorney General

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-6291
Fax: (317) 232-7979
Email: Dino.Pollock@atg.in.gov