UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, )<br>    Plaintiff, )<br>-vs- )<br>INDIANA SECRETARY OF STATE, et al., )<br>    Defendants. ) | Case No. 1:12-cv-1603 RLY-DML |

MOTION TO INTERVENE

Christopher K. Starkey, pursuant to Federal Rule of Civil Procedure 24(a)(2), moves the Court for leave to intervene in this action as a Plaintiff and contemporaneously files his supporting brief. Pursuant to Federal Rule of Civil Procedure 24(c) he also submits a proposed pleading.

WHEREFORE, Starkey requests that the Court allow him to intervene in this action, along with all other just and proper relief in the premises.

/s/Christopher K. Starkey
Christopher K. Starkey

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been served upon all counsel of record by the Court's ECF system, and on 2 May 2014.

/s/Christopher K. Starkey
Christopher K. Starkey

Christopher K. Starkey, Atty No. 11757-49
P.O. Box 39108
Indianapolis, Indiana 46239
Phone (317) 550-7608
StarkeyCK@msn.com