UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **COMMON CAUSE INDIANA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12-cv-1603-RLY-DML |
| ) | |
| **INDIANA SECRETARY OF STATE,** in her ) | |
| official capacity; **THE INDIVIDUAL** ) | |
| **MEMBERS of the INDIANA ELECTION** ) | |
| **COMMISSION,** in their official capacities; ) | |
| **GOVERNOR of the STATE OF INDIANA,** ) | |
| in his official capacity, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and S.D. Ind. L.R. 56-1, State Defendants, by counsel, respectfully submit this Motion for Summary Judgment. The undisputed material facts, when applied to the well-settled legal principles that are relevant to this matter, lead to the conclusion that summary judgment in favor of State Defendants should be granted because the provisions of Indiana law challenged by Plaintiff are constitutional. State Defendants have also filed a Memorandum of Law and a Designation of Evidence with evidentiary materials attached to the Designation. A proposed Order has also been provided.

For the reasons set forth in the accompanying Memorandum of Law, summary judgment in favor of State Defendants should be granted and this matter should be closed.

                                                                        Respectfully submitted,

                                                                        GREGORY F. ZOELLER
                                                                        Attorney General of Indiana
                                                                        Atty. No. 1958-98

Date: May 30, 2014                        By:     /s/ Kenneth L. Joel
                                                                        Kenneth L. Joel, Atty. No. 30271-49
                                                                        Dino L. Pollock, Atty. No. 28009-64
                                                                        Deputy Attorneys General
                                                                        Office of the Indiana Attorney General
                                                                        Indiana Government Center South – 5th Fl.
                                                                        302 W. Washington St.
                                                                        Indianapolis, IN 46204-2770
                                                                        Phone: (317) 233-8296
                                                                        Fax:   (317) 232-7979
                                                                        Email: kenneth.joel@atg.in.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2014, a copy of the foregoing *State Defendants' Motion for Summary Judgment* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Gavin M. Rose
ACLU OF INDIANA
grose@aclu-in.org

                                                        */s/ Kenneth L. Joel*
                                                        Kenneth L. Joel
                                                        Deputy Attorney General

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Phone:  (317) 232-6291
Fax:  (317) 232-7979
Email:  kenneth.joel@atg.in.gov