UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA,        )<br>                              )<br>                              )<br>Plaintiff,                   )<br>                              )<br>         vs.                 )<br>                              )<br>INDIANA SECRETARY OF STATE,  )<br>INDIVIDUAL MEMBERS OF THE    )<br>INDIANA ELECTION COMMISSION, )<br>GOVERNOR OF THE STATE OF     )<br>INDIANA,                     )<br>                              )<br>Defendants. | 1:12-cv-01603-RLY-DML |

### SCHEDULING ORDER

The court SETS this matter for a telephonic conference on **SEPTEMBER 24, 2014 at 2:00 p.m.** before the Honorable Richard L. Young, Chief Judge. The information needed to participate in this **telephonic** conference will be provided by a separate notification.

**SO ORDERED** this 23rd day of September 2014.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record