UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, | ) |
| Plaintiff, | ) |
| vs. | ) 1:12-cv-01603-RLY-DML |
| INDIANA SECRETARY OF STATE, in her official capacity, INDIVIDUAL MEMBERS OF THE INDIANA ELECTION COMMISSION, in their official capacities; and GOVERNOR OF THE STATE OF INDIANA, in his official capacity, | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The court, having this day **GRANTED** Plaintiff's Motion for Summary Judgment and **DENIED** Defendants' Motion for Summary Judgment, now enters final judgment in favor of the Plaintiff, and against the Defendants herein.

**SO ORDERED** this 9th day of October 2014

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

1

Distributed Electronically to Registered Counsel of Record.