UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:12-cv-01603-RLY-DML |
| | ) |
| INDIANA SECRETARY OF STATE, in her official capacity, INDIVIDUAL MEMBERS OF THE INDIANA ELECTION COMMISSION, in their official capacities; and GOVERNOR OF THE STATE OF INDIANA, in his official capacity, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## JOINT DESIGNATION OF RECORD FOR USE ON APPEAL

In compliance with Circuit Rule 10 and Local Rule 76-1, the parties hereby jointly designate the following items to be included in the record of proceedings for use in the appeal docketed as *Common Cause Indiana v. Individual Members of the Indiana Election Commission, et al.*, No. 14-3300:

1. **Docket Item 1** – Complaint for Declaratory and Injunctive Relief, including all attachments thereto, filed by Plaintiff Common Cause Indiana on 11/01/2012

2. **Docket Item 10** – Motion to Dismiss for Failure to State a Claim, including all attachments thereto, filed by Defendants on 12/20/2012

3. **Docket Item 11** – Brief/Memorandum in Support re 10 Motion to Dismiss for Failure to State a Claim, filed by Defendants on 12/20/2012

4. **Docket Item 12** – Amended Complaint for Declaratory and Injunctive Relief, including all attachments thereto, filed by Plaintiff Common Cause Indiana on 01/03/2013

5. **Docket Item 16** – Entry denying as moot 10 Motion to Dismiss for Failure to State a Claim, entered on 01/11/2013


6. **Docket Item 18** – Motion to Dismiss for Failure to State a Claim and for Lack of Jurisdiction, including all attachments thereto, filed by Defendants on 02/01/2013

7. **Docket Item 19** – Brief/Memorandum in Support re 18 Motion to Dismiss, filed by Defendants on 02/01/2013

8. **Docket Item 20** – Response in Opposition re 18 Motion to Dismiss, filed by Plaintiff Common Cause Indiana on 02/15/2013

9. **Docket Item 27** – Reply in Support re 18 Motion to Dismiss, filed by Defendants on 03/18/2013

10. **Docket Item 30** – Order denying Defendants' 18 Motion to Dismiss, entered on 09/06/2013

11. **Docket Item 31** – Motion/Petition for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292b and Motions to Amend Order and Stay Proceedings Pending Appeal, including all attachments thereto, filed by Defendants on 09/16/2013

12. **Docket Item 32** – Brief/Memorandum in Support re 31 Motion/Petition for Certification of Interlocutory Appeal, filed by Defendants on 09/16/2013

13. **Docket Item 33** – Response in Opposition re 31 Motion/Petition for Certification of Interlocutory Appeal, filed by Plaintiff Common Cause Indiana on 09/19/2013

14. **Docket Item 36** – Order denying the State Defendants' 31 Motion for Certification of Interlocutory Appeal, entered on 11/07/2013

15. **Docket Item 37** – Answer to 12 Amended Complaint for Declaratory and Injunctive Relief, filed by Defendants on 12/09/2013

16. **Docket Item 40** – Motion for Summary Judgment, including all attachments thereto, filed by Plaintiff Common Cause Indiana on 03/28/2014

17. **Docket Item 41** – Brief/Memorandum in Support re 40 Motion for Summary Judgment, filed by Plaintiff Common Cause Indiana on 03/28/2014

18. **Docket Item 46** – Motion to Intervene, including all attachments thereto, filed by Plaintiff Christopher K. Starkey on 05/02/2014

19. **Docket Item 47** – Brief/Memorandum in Support re 46 Motion to Intervene, filed by Plaintiff Christopher K. Starkey on 05/02/2014

20. **Docket Item 48** – Intervenor Complaint for Declaratory and Injunctive Relief, filed by Plaintiff Christopher K. Starkey on 05/02/2014

21. **Docket Item 50** – Response in Opposition re 46 Motion to Intervene, filed by Plaintiff Common Cause Indiana on 05/13/2014

22. **Docket Item 51** – Notice of Correction, filed by Plaintiff Common Cause Indiana on 05/13/2014

23. **Docket Item 52** – Response in Opposition re 46 Motion to Intervene, filed by Defendants on 05/19/2014

24. **Docket Item 57** – Motion for Summary Judgment, including all attachments thereto, filed by Defendants on 05/30/2014

25. **Docket Item 58** – Brief/Memorandum in Support re 57 Motion for Summary Judgment and in Opposition to 40 Motion for Summary Judgment, filed by Defendants on 05/30/2014

26. **Docket Item 60** – Designation of Evidence re 57 Motion for Summary Judgment and 40 Motion for Summary Judgment, including all attachments thereto, filed by Defendants on 05/30/2014

27. **Docket Item 61** – Reply in Support of Motion re 46 Motion to Intervene, filed by Plaintiff Christopher K. Starkey on 06/05/2014

28. **Docket Item 62** – Order denying Christopher K. Starkey's 46 Motion to Intervene, entered on 06/18/2014

29. **Docket Item 63** – Reply in Support of Motion re 40 Motion for Summary Judgment and Response in Opposition to Defendants' 57 Cross-Motion for Summary Judgment, including all attachments thereto, filed by Plaintiff Common Cause Indiana on 06/19/2014

30. **Docket Item 65** – Appeal/Objection to 62 Magistrate Judge's Order Denying Motion to Intervene, including all attachments thereto, filed by Plaintiff Christopher K. Starkey on 06/30/2014

31. **Docket Item 66** – Reply in Support of Motion re 57 Motion for Summary Judgment, filed by Defendants on 07/25/2014

32. **Docket Item 69** – Order denying as moot Christopher K. Starkey's 65 Appeal of Magistrate Judge Decision denying motion to intervene, entered on 10/02/2014

33. **Docket Item 70** – Order granting Common Cause's 40 Motion for Summary Judgment and denying Defendants' 57 Motion for Summary Judgment, entered on 10/09/2014

34. **Docket Item 71** – Closed Judgment in favor of Plaintiff against Defendants, entered on 10/09/2014

35. **Docket Item 76** – Notice of Appeal as to 70 Entry on Parties' Cross Motions for Summary Judgment and 71 Closed Judgment, filed by Defendants on 10/17/2014

36. **Docket Item 77** – Docketing Statement re 76 Notice of Appeal, filed by Defendants on 10/17/2014

        Respectfully submitted,

        *s/ Thomas M. Fisher*
        Thomas M. Fisher
        Solicitor General
        Office of the Indiana Attorney General
        IGC-South, Fifth Floor
        302 W. Washington Street
        Indianapolis, IN 46204
        Phone: (317) 232-6255
        Fax: (317) 232-7979
        Email: Tom.Fisher@atg.in.gov
        *Counsel for Defendants/Appellants*

        *s/ Kenneth J. Falk* (with permission)
        Kenneth J. Falk
        ACLU of Indiana
        1031 East Washington Street
        Indianapolis, IN 46202
        Phone: (317) 635-4059 x104
        Fax: (317) 635-4105
        Email: kfalk@aclu-in.org
        *Counsel for Plaintiff/Appellee*

        *s/ Gavin Minor Rose* (with permission)
        Gavin Minor Rose
        ACLU of Indiana
        1031 East Washington Street
        Indianapolis, IN 46202
        Phone: (317) 635-4059 x106
        Fax: (317) 635-4105
        Email: grose@aclu-in.org
        *Counsel for Plaintiff/Appellee*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> Kenneth J. Falk
> Gavin Minor Rose
> ACLU OF INDIANA
> kfalk@aclu-in.org
> grose@aclu-in.org

<div style="text-align:right">

*s/ Thomas M. Fisher*
Thomas M. Fisher
Solicitor General

</div>

Office of the Attorney General
Indiana Government Center South 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 232-6255
Fax: (317) 232-7979
Email: Tom.Fisher@atg.in.gov