UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12-cv-01603 RLY-DML |
| ) | |
| INDIANA SECRETARY OF STATE, in her ) | |
| official capacity, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**Notice of Resolution of Plaintiff's Claim for Attorneys' Fees and Costs**

Comes now plaintiff, by its counsel, and notifies the Court that its claim for attorneys' fees and costs has been fully resolved and that therefore this matter may be closed.

WHEREFORE, plaintiff files its Notice.

s/ *Kenneth J. Falk*
Kenneth J. Falk
No. 6777-49
Gavin M. Rose
No. 26565-53
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org
grose@aclu-in.org

Attorneys for the Plaintiff

**Certificate of Service**

I hereby certify that on the 6th day of April, 2016, a copy of the foregoing was filed electronically with the Clerk of this Court. Notice of this filing will be sent to the following persons by operation of the Court's electronic filing system.

Thomas M. Fisher
Solicitor General

tom.fisher@atg.in.gov

Heather H. McVeigh
Deputy Attorney General
heather.mcveigh@atg.in.gov

Ashley E. Harwel
Deputy Attorney General
ashley.harwel@atg.in.gov

                                                                            s/ Kenneth J. Falk
                                                                             Kenneth J. Falk
                                                                             Attorney at Law